Date signed April 03, 2007



**JAMES F. SCHNEIDER**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## at BALTIMORE

| | | |
|---|---|---|
| In Re: | * | |
| Amanda Lynn Keperling | * | Case No.　06-17970 JS |
| | * | Chapter　7 |
| | * | |
| | * | Creditor　-　Citizens Bank |
| | * | |
| Debtor(s). | * | Reaffirmation　-　13 |

### STATEMENT OF REVIEW

　　　　The above identified Reaffirmation Agreement has been reviewed. It appearing that all requirements of 11 U.S.C. § 524 have been complied with, counsel for debtor has made the certification set forth in 11 U.S.C. § 524(c)(3), and Part D of the Reaffirmation Agreement is completed in a manner not significantly disparate from the sworn statements of the debtor in Schedules I and J and creates no presumption of undue hardship under 11 U.S.C. § 524(m). No hearing, determination, or order is required.

2

cc:    Debtor(s)
        Debtor(s) Counsel  - Lawrence A. Price, Jr.
        Creditor - Citizens Bank
        Trustee - Mark J. Friedman

**End Of Order**

Reaff-34.4  -   2/9/07(sf)